# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Mayer Benegas-Medina | **CASE NUMBER:** 3:20-mj-71816 MAG CR |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Sailaja M Paidipaty | **Date Submitted:** 12/11/2020 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)