AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S.

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl (COUNT ONE);
21 U.S.C. §§ 841(a)(1), (b)(1)(B) - Distribution of 100 grams of or More of a Mixture and Substance Containing Heroin. (COUNT FIVE)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached Penalty Sheet.

Name of District Court, and/or Judge
NORTHERN DISTRICT
SAN FRANCISCO

**FILED**
Dec 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**DEFENDANT - U.S**

▶ EMILSON JONATHAN CRUZ MAYORQUIN, AKA PLAYBOY

DISTRICT COURT NUMBER

CR20-480WHA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA (Christopher Frasier)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
20-MJ-71783MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAILAJA M. PAIDIPATY

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

Attachment to Penalty Sheet
United States v. Emilson Cruz Mayorquin, et al

Count One (ALL DEFENDNATS) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C)

1. Maximum term of imprisonment: 20 years;
2. Minimum term of supervised release: 3 years;
3. Maximum term of supervised release: life;
4. Maximum fine: $1,000,000;
5. Mandatory $100 special assessment;
6. Forfeiture;
7. Potential Immigration Consequences.

Counts Two, Four, Six and Seven (CARRERO only), Count Three (LEYDIS and CARRERO only) – Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

1. Maximum term of imprisonment: 20 years;
2. Minimum term of supervised release: 3 years;
3. Maximum term of supervised release: life;
4. Maximum fine: $1,000,000;
5. Mandatory $100 special assessment
6. Forfeiture;
7. Potential Immigration Consequences.

Count Five (LEYDIS and CARRERO only) – Distribution of 40 Grams of More of a Mixture and Substance Containing Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)

1. Maximum term of imprisonment: 40 years
2. Minimum term of imprisonment: 5 years
3. Maximum term of supervised release: life
4. Minimum term of supervised release: 4 years
5. Maximum fine: $5,000,000;
6. Mandatory $100 special assessment;
7. Forfeiture;
8. Potential Immigration Consequences.

Count Eight (CRUZ only) – Distribution of 100 grams of or More of a Mixture and Substance Containing Heroin. 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i)

1. Maximum term of imprisonment: 40 years
2. Minimum term of imprisonment: 5 years
3. Maximum term of supervised release: life
4. Minimum term of supervised release: 4 years
5. Maximum fine: $5,000,000;
6. Mandatory $100 special assessment;

7. Forfeiture;
8. Potential Immigration Consequences.

Count Nine (BENEGAS-MEDINA only) – Illegal Use of a Communications Facility in Committing, Causing, or Facilitating Drug Trafficking, 21 U.S.C. § 843(b)

1. Maximum term of imprisonment: 4 years;
2. Maximum term of supervised release: 1 year;
3. Maximum fine: $250,000;
4. Mandatory $100 special assessment;
5. Forfeiture;
6. Potential Immigration Consequences.

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - I

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

**FILED**
Dec 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Name of District Court
NORTHERN DI...
SAN FR...

## OFFENSE CHARGED

See attached Penalty Sheet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached Penalty Sheet.

### DEFENDANT - U.S

▶ LEYDIS Yaneth Cruz

DISTRICT COURT NUMBER
CR20-480 WHA

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA (Christopher Frasier)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

20-MJ-71783MAG

Name and Office of Person Furnishing Information on this form
DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
SAILAJA M. PAIDIPATY

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
_____

Comments:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Attachment to Penalty Sheet
United States v. Emilson Cruz Mayorquin, et al

Count One (ALL DEFENDNATS) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C)

1. Maximum term of imprisonment: 20 years;
2. Minimum term of supervised release: 3 years;
3. Maximum term of supervised release: life;
4. Maximum fine: $1,000,000;
5. Mandatory $100 special assessment;
6. Forfeiture;
7. Potential Immigration Consequences.

Counts Two, Four, Six and Seven (CARRERO only), Count Three (LEYDIS and CARRERO only) – Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

1. Maximum term of imprisonment: 20 years;
2. Minimum term of supervised release: 3 years;
3. Maximum term of supervised release: life;
4. Maximum fine: $1,000,000;
5. Mandatory $100 special assessment
6. Forfeiture;
7. Potential Immigration Consequences.

Count Five (LEYDIS and CARRERO only) – Distribution of 40 Grams of More of a Mixture and Substance Containing Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)

1. Maximum term of imprisonment: 40 years
2. Minimum term of imprisonment: 5 years
3. Maximum term of supervised release: life
4. Minimum term of supervised release: 4 years
5. Maximum fine: $5,000,000;
6. Mandatory $100 special assessment;
7. Forfeiture;
8. Potential Immigration Consequences.

Count Eight (CRUZ only) – Distribution of 100 grams of or More of a Mixture and Substance Containing Heroin. 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i)

1. Maximum term of imprisonment: 40 years
2. Minimum term of imprisonment: 5 years
3. Maximum term of supervised release: life
4. Minimum term of supervised release: 4 years
5. Maximum fine: $5,000,000;
6. Mandatory $100 special assessment;

7. Forfeiture;
8. Potential Immigration Consequences.

Count Nine (BENEGAS-MEDINA only) – Illegal Use of a Communications Facility in Committing, Causing, or Facilitating Drug Trafficking, 21 U.S.C. § 843(b)

1. Maximum term of imprisonment: 4 years;
2. Maximum term of supervised release: 1 year;
3. Maximum fine: $250,000;
4. Mandatory $100 special assessment;
5. Forfeiture;
6. Potential Immigration Consequences.

```
AO 257 (Rev. 6/78)
```

| | | | | FILED |
|---|---|---|---|---|
| | | | | Dec 16 2020 |
| | | | | SUSAN Y. SOONG |
| | | | | CLERK, U.S. DISTRICT COURT |
| | | | | NORTHERN DISTRICT OF CALIFORNIA |
| | | | | SAN FRANCISCO |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court,
NORTHERN DIS[TRICT OF CALIFORNIA]
SAN FRA[NCISCO]

### OFFENSE CHARGED

See attached Penalty Sheet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached Penalty Sheet.

### DEFENDANT - U.S

▶ PAMELA CARRERO

DISTRICT COURT NUMBER

CR20-480 WHA

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEA (Christopher Frasier)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

20-MJ-71783MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAILAJA M. PAIDIPATY

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Attachment to Penalty Sheet
United States v. Emilson Cruz Mayorquin, et al

Count One (ALL DEFENDNATS) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C)

1. Maximum term of imprisonment: 20 years;
2. Minimum term of supervised release: 3 years;
3. Maximum term of supervised release: life;
4. Maximum fine: $1,000,000;
5. Mandatory $100 special assessment;
6. Forfeiture;
7. Potential Immigration Consequences.

Counts Two, Four, Six and Seven (CARRERO only), Count Three (LEYDIS and CARRERO only) – Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

1. Maximum term of imprisonment: 20 years;
2. Minimum term of supervised release: 3 years;
3. Maximum term of supervised release: life;
4. Maximum fine: $1,000,000;
5. Mandatory $100 special assessment
6. Forfeiture;
7. Potential Immigration Consequences.

Count Five (LEYDIS and CARRERO only) – Distribution of 40 Grams of More of a Mixture and Substance Containing Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)

1. Maximum term of imprisonment: 40 years
2. Minimum term of imprisonment: 5 years
3. Maximum term of supervised release: life
4. Minimum term of supervised release: 4 years
5. Maximum fine: $5,000,000;
6. Mandatory $100 special assessment;
7. Forfeiture;
8. Potential Immigration Consequences.

Count Eight (CRUZ only) – Distribution of 100 grams of or More of a Mixture and Substance Containing Heroin. 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i)

1. Maximum term of imprisonment: 40 years
2. Minimum term of imprisonment: 5 years
3. Maximum term of supervised release: life
4. Minimum term of supervised release: 4 years
5. Maximum fine: $5,000,000;
6. Mandatory $100 special assessment;

7. Forfeiture;
8. Potential Immigration Consequences.

Count Nine (BENEGAS-MEDINA only) – Illegal Use of a Communications Facility in Committing, Causing, or Facilitating Drug Trafficking, 21 U.S.C. § 843(b)

1. Maximum term of imprisonment: 4 years;
2. Maximum term of supervised release: 1 year;
3. Maximum fine: $250,000;
4. Mandatory $100 special assessment;
5. Forfeiture;
6. Potential Immigration Consequences.

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**FILED**
Dec 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl (COUNT ONE ONLY)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum term of imprisonment: 20 years;
Minimum term of supervised release: 3 years;
Maximum term of supervised release: life;
Maximum fine: $1,000,000; Mandatory $100 special assessment;
Forfeiture; Potential Immigration Consequences.

### DEFENDANT - U.S

▶ IVAN MAURO CRUZ MAYORQUIN a/k/a "Mauro Ivan Cruz"

DISTRICT COURT NUMBER
CR20-480 WHA

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA (Christopher Frasier)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
20-MJ-71783MAG

Name and Office of Person Furnishing Information on this form  DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  SAILAJA M. PAIDIPATY

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

| AO 257 (Rev. 6/78) | | FILED |
|---|---|---|
| | | Dec 16 2020 |
| | | SUSAN Y. SOONG |
| | | CLERK, U.S. DISTRICT COURT |
| | | NORTHERN DISTRICT OF CALIFORNIA |
| | | SAN FRANCISCO |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl (COUNT ONE ONLY)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum term of imprisonment: 20 years;
Minimum term of supervised release: 3 years;
Maximum term of supervised release: life;
Maximum fine: $1,000,000; Mandatory $100 special assessment;
Forfeiture; Potential Immigration Consequences.

### DEFENDANT - U.S

▶ ANA MALDONADO

DISTRICT COURT NUMBER

CR20-480 WHA

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
DEA (Christopher Frasier)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
20-MJ-71783MAG

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction     ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

AO 257 (Rev. 6/78)

**FILED**
Dec 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl (COUNT ONE ONLY)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum term of imprisonment: 20 years;
Minimum term of supervised release: 3 years;
Maximum term of supervised release: life;
Maximum fine: $1,000,000; Mandatory $100 special assessment;
Forfeiture; Potential Immigration Consequences.

### DEFENDANT - U.S

► ADONIS TORRES

DISTRICT COURT NUMBER

CR20-480 WHA

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
DEA (Christopher Frasier)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
20-MJ-71783MAG

Name and Office of Person Furnishing Information on this form
DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
SAILAJA M. PAIDIPATY

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction         ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:         Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

AO 257 (Rev. 6/78)

**FILED** Dec 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) - Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl (COUNT ONE)
21 U.S.C. § 843(b) - Illegal Use of a Communications Facility in Committing, Causing, or Facilitating Drug Trafficking (COUNT NINE)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached Penalty Sheet.

## DEFENDANT - U.S

▶ MAYER BENEGAS-MEDINA

DISTRICT COURT NUMBER
CR20-480 WHA

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
DEA (Christopher Frasier)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
20-MJ-71816MAG

Name and Office of Person Furnishing Information on this form DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) SAILAJA M. PAIDIPATY

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Before Judge:

Comments: