FILED
Dec 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. Emilson Cruz Mayorquin, et al

**CASE NUMBER:** CR 20-480WHA

**Is This Case Under Seal?** Yes  No ✓

**Total Number of Defendants:** 1  2-7 ✓  8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes  No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓  OAK  SJ

**Is this a potential high-cost case?** Yes  No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes  No ✓

**Is this a RICO Act gang case?** Yes  No ✓

**Assigned AUSA (Lead Attorney):** Sailaja M. Paidipaty

**Date Submitted:** 12/15/2020

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)