STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 20-480-1-6 WHA |
|     Plaintiff, | ) |
| | ) STATUS REPORT AND STIPULATION TO |
|   v. | ) CONTINUE STATUS AND EXCLUDE TIME |
| | ) UNTIL JUNE 22, 2021 AND [PROPOSED] ORDER |
| Emilson Jonathan CRUZ Mayorquin, | ) |
|     a/k/a "Playboy"; | ) |
| LEYDIS Yaneth Cruz; | ) |
| Pamela CARRERO, | ) |
|     a/k/a "Nicole," | ) |
|     a/k/a "Kendra"; | ) |
| IVAN Mauro Cruz Mayorquin, | ) |
|     a/k/a "Mauro Ivan Cruz Mayorquin"; | ) |
| Ana MALDONADO; | ) |
| Adonis TORRES; | ) |
| | ) |
|     Defendants. | ) |
| | ) |

    The parties in above-captioned case are scheduled to appear before the Court on April 13, 2021 for a status hearing. In lieu of the hearing, the parties submit this joint status report and ask the Court to continue the hearing until June 22, 2021. In addition, the parties jointly agree and request that the Court exclude time under the Speedy Trial Act between April 13, 2021 and June 22, 2021.

STATUS REPORT AND STIP. TO CONTINUE HRG. AND EXCLUDE TIME
AND [PROPOSED] ORDER
CR 20-480 WHA                                       v. 7/10/2018

1     As the Court may recall, this case involves allegations of drug trafficking.  The underlying

2  investigation involved two rounds of wiretap interceptions and numerous purchases of narcotics by an

3  undercover agent.  Discovery in the case is voluminous and significant portions are in Spanish.  To date,

4  the government has produced the following: recordings of the intercepted calls, English summaries of

5  those calls, law enforcement reports summarizing portions of the underlying investigation, audio and

6  video documenting the undercover purchases, laboratory reports, photographs relating to the execution

7  of search warrants at the time of the defendants' arrests, and pleadings underlying the Court-ordered

8  wiretaps.

9     The government continues to process and produce discovery, including location data associated

10  with cellular phones and vehicle trackers.  Due to the volume of material, the government has produced

11  discovery in batches to expedite getting materials to the defendants.

12     Defense counsel continue to review the discovery and discuss the case with their respective

13  clients.  In addition, counsel are identifying materials that may require translation as most of the

14  defendants' first language is Spanish.  Individual defense counsel have communicated with the

15  government regarding requests for additional discovery.

16     Finally, discussions regarding pretrial resolutions have begun, but all parties anticipate needing

17  additional time to continue those discussions, particularly as defense counsel continue to investigate the

18  case.

19     At this time, the parties jointly agree and request that the status conference scheduled for April

20  13, 2021 be continued until June 22, 2021.  The government and counsel for the defendants stipulate and

21  agree that time should be excluded under the Speedy Trial Act from April 13, 2021 through June 22,

22  2021.  The exclusion is appropriate considering the volume of discovery, which defense counsel

23  continue to review.  In addition, counsel will need to have portions of the discovery translated in order to

24  advise their clients.  For these reasons, the parties stipulate and agree that excluding time until June 22,

25  2021 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

26  further stipulate and agree that the ends of justice served by excluding the time from April 13, 2021

27  through June 22, 2021 from computation under the Speedy Trial Act outweigh the best interests of the

28

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.


IT IS SO STIPULATED.

DATED: April 12, 2021                                    _____/s/_____
                                                        SAILAJA M. PAIDIPATY
                                                        Assistant United States Attorney


DATED: April 12, 2021                                   ___/s signed with permission____
                                                        ELISSE M. LAROUCHE
                                                        Counsel for Emilson Cruz Mayorquin

                                                        ___/s signed with permission____
                                                        GEORGE BOISSEAU
                                                        Counsel for Leydis Yaneth Cruz

                                                        ___/s signed with permission____
                                                        KENNETH WINE
                                                        Counsel for Pamela Carrero

                                                        ___/s signed with permission____
                                                        JAMES P. VAUGHN
                                                        Counsel for Ivan Cruz Mayorquin

                                                        ___/s signed with permission____
                                                        KAREN MCCONVILLE
                                                        Counsel for Ana Maldonado

                                                        ___/s signed with permission____
                                                        BRIAN BERSON
                                                        Counsel for Adonis Torres


**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status hearing in the above-captioned case is continued until June 22, 2021.  The Court further finds that failing to exclude the time from April 13, 2021 through June 22, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account

1   the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds that the ends of justice

2   served by excluding the time from April 13, 2021 through June 22, 2021 from computation under the

3   Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

4   and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 13, 2021

5   through June 22, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §

6   3161(h)(7)(A), (B)(iv).

7          IT IS SO ORDERED.

8

9   DATED: _____

10                                                    _____
                                                     HON. WILLIAM H. ALSUP
                                                     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATUS REPORT AND STIP. TO CONTINUE HRG. AND EXCLUDE TIME
AND [PROPOSED] ORDER
CR 20-480 WHA                                                               v. 7/10/2018