# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  September 21, 2021                                   Judge:  Honorable William Alsup

Court Reporter:  Ruth Ekhaus
Time: 24 Minutes
Case No.: CR 20-0480-1 WHA
Case Name:  USA v. Emilson Jonathan Cruz Mayorquin (Custody)(Present)

Attorney(s) for Government: Ryan Rezeai
Attorney(s) for Defendant(s): Elisse Larouche
Interpreter: Carol Rhine-Medina (Spanish)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held.  The defendant was sworn.  Plea Agreement signed in open court and provided to the Court. Defendant plead guilty to Count 8 of the Indictment.  Sentencing hearing set for December 14, 2021 at 12:00 p.m. before Judge Alsup.  Defendant remanded to US Marshal.