GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:	elisse_larouche@fd.org

Counsel for Defendant MAYORQUIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMILSON CRUZ MAYORQUIN,<br><br>　　　　　Defendant. | Case No.: CR 20–480 WHA<br><br>**ADDITIONAL EXHIBIT IN SUPPORT OF SENTENCING** |

　　　Attached hereto as Exhibit C is a letter to the court from Mr. Emilson Cruz Mayorquin, for consideration at sentencing.

\\

\\

\\

\\

\\

Dated:     December 13, 2021

Respectfully submitted,

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

              /S
ELISSE LAROUCHE
Assistant Federal Public Defender

EXHIBIT IN SUPPORT OF SENTENCING
*MAYORQUIN*, CR 20–480 WHA

Dated:     December 13, 2021

Respectfully submitted,

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

              /S
ELISSE LAROUCHE
Assistant Federal Public Defender

EXHIBIT IN SUPPORT OF SENTENCING
*MAYORQUIN*, CR 20–480 WHA