# Exhibit C

[handwritten letter]

Hi Judge Alsup, I hope you are well and First of all I want to thank you for giving me the opportunity to write you a letter of remorse and tell you the plan for my life in the Future after my sentence is over. Honestly I am very sorry for what I am going through both me and my family and now that I am in this place I have reflected on how badly I behaved and the harm that I have caused in the community because of drugs, I have thought about the impact selling drugs causes such as violence within families, it also destroys them and even worse things can happen, I want to offer my Apologies to you and to the Government of the United States for the harm I have caused as well as to the community of San Francisco Thank you so much once again for allowing me to Show my remorse and I promise to change my life to take a better path for my life and my family in the future.

God-willing when I get out in the future I want to dedicate myself to my family and learn a trade like one of my uncles who is a welder and be able to get work contracts  and support my family and educate them for a good future without vices or mistakes, I want to be with my son and take him to school I don't want him to experience what I have unfortunately I grew up without a Father to teach me I don't even know him and in truth I did really need him a lot I don't want my son to go through what I have my mother is a very good mother she has always struggled to give us a good education and put bread on the table, but sometimes you get together with people who are a bad influence in your life and that is when problems begin in our lives, Thank you so much Judge Alsup for taking the time to read this letter and honestly I recognize my guilt for doing what I was accused of  and I don't blame anyone I just want to be given a reasonable sentence for me and my family and that soon we can be together with our loved ones the situation we are in right now is very difficult Thank you so much I hope you have a good Day.

Certified Translation by Anna Kelsey, United States Court Certified
Interpreter #06-031 This is an accurate translation of the original done to the best of my knowledge and ability.

Hola señor Jues Alsup, Espero usted se encuentre bien y Antes de todo quiero darle las gracias Por darme la oPortunidad de escribirle una carta de ArrePentimiento y Plan Para mi vida en el Futuro, desPues que termine mi condena. Honestamente estoy muy ArrePentido Por lo que estoy Pasando yo Junto con mi Familia y Aora que estoy en este lugar eh recaPacitado de lo mal que me he Portado y el daño que he causado en la comunidad a causa de las drogas, he Pensado en el inPacto que causa la venta de drogas como violencia en la Familia tambien las destruye y cosas Peores Pueden suceder, Quiero ofrecer unas DisculPas A usted y al Govierno de Estados Unidos Por el daño que he cometido tambien acia la comunidad de San Francisco Muchas gracias nuevamente Por Permitirme Mostrar mi ArrePentimiento y Prometo camviar mi vida Para tomar un mejor camino Para mi vida y mi Familia en el futuro.

Primeramente Dios el Dia de mañana que yo salga Quiero dedicarme a estar con Mi Familia Para APrender un officio de travajo como el de mis tios que es soldadura y asi Poder agarrar contratos de travajo mantener mi Familia y educarlos Por un buen camino sin vicios ni malos Pasos, Quiero estar com mi niño que es mi hijo y llevarlo al escuela no quiero

que le toque igual que A mi desafortunadamente creci sin un Padre que me Educara ni siquiera lo conosco y la verdad si ase Falta mucho no quiero que mi hijo Pase Por lo que yo e Pasado mi madre una muy buena madre ella siempre a luchado Por darnos una buena educacion y un Pan que no nos Falte en la mesa, Pero Pues Aveces uno se Junta con Personas que son malas influencias Para nuestras vidas y es donde comienzan los Problemas asia nuestras vidas, Muchas Gracias señor Jues ALSUP Por tomarse su tiempo de leér esta carta y honestamente reconosco mi culPavilidad de lo que se me Acusa y no culpo a nadie solo me gustaria que me diera una condena razonable Para mi y mi Familia y que Pronto estemo con nuestros seres queridos que es muy dificil la situacion que estamos Pasando Muchas Gracias espero que tenga un buen Dia.